# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| GENCANNA GLOBAL USA, INC. | ) |
| | ) CASE NO.: 5:19-CV-00387-DCR |
| Plaintiff, | ) |
| v. | ) NOTICE OF CHANGE OF LAW FIRM NAME |
| JENCO INDUSTRIAL SALES & SERVICES, LLC, | ) |
| and | ) |
| EDWARD J. SIEJA | ) |
| Defendants. | ) |

Please take notice that effective January 27, 2020, Bingham Greenebaum Doll LLP will be known as Dentons Bingham Greenebaum LLP. The contact information for the firm's attorneys in this action remains the same except for their email addresses, which have been changed as follows:

    brandon.mcgrath@dentons.com
    chris.vanbever@dentons.com

20852161.1

Respectfully submitted,

*/s/ V. Brandon McGrath*
V. Brandon McGrath
DENTONS BINGHAM GREENEBAUM LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
brandon.mcgrath@dentons.com

G. Christopher Van Bever
DENTONS BINGHAM GREENEBAUM LLP
300 West Vine Street, Suite 1200
Lexington, Kentucky 40507
chris.vanbever@dentons.com

David D. Pope *(Pro hac vice)*
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive
Chicago, Illinois 60606
dpope@beneschlaw.com

*Attorneys for Plaintiff*
*GenCanna Global USA, Inc*

2

20852161.1

## **CERTIFICATE OF SERVICE**

I hereby certify on this the 18th day of February, 2020, a copy of the foregoing was served electronically in accordance with the procedures of electronic filing upon the attorneys of record as follows:

Bennett E. Bayer
LANDRUM & SHOUSE, LLP
106 West Vine Street, Suite 800
PO Box 951
Lexington, KY  40588-0951
bbayer@landrumshouse.com

                                         */s/ V. Brandon McGrath*
                                         V. Brandon McGrath

20852161.1