IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| GENCANNA GLOBAL USA, INC. | ) <br> ) <br> ) CASE NO.: 5:19-CV-00387-DCR <br> ) <br> ) <br> ) **GENCANNA GLOBAL USA, INC.'S** <br> ) **STATEMENT IN RESPONSE TO THE** <br> ) **COURT'S FEBRUARY 7, 2020 ORDER** <br> ) **REGARDING AUTOMATIC STAY** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| JENCO INDUSTRIAL SALES & SERVICES, LLC, | |
| and | |
| EDWARD J. SIEJA | |
| Defendants. | |

Plaintiff GenCanna Global USA, Inc. ("Plaintiff") hereby submits this Response in accordance with this Court's Order dated February 7, 2020 [Doc. No. 25] (the "Order"), and respectfully states as follows. Plaintiff and certain of its affiliates (collectively, the "Debtors") are debtors in possession in jointly-administered chapter 11 bankruptcy cases pending as Joint Case No. 20-50133-grs in the United States Bankruptcy Court for the Eastern District of Kentucky. While the Debtors agree with this Court's observation in the Order noting that the automatic stay set forth in 11 U.S.C. § 362(a) does not apply to claims asserted *by* a debtor, the Plaintiff respectfully requests that this Court adjourn and otherwise stay this proceeding and any related matters for a period of 90 days such that the Debtors may determine: (i) how the claims asserted herein should be dealt with as assets of the bankruptcy estates; and (ii) whether the Debtors' post-petition financing and the covenants therein allow the Debtors to continue to prosecute such claims in the context of this proceeding pending resolution of the chapter 11 cases.

20852262.1

Respectfully submitted,

*/s/ V. Brandon McGrath*
V. Brandon McGrath
DENTONS BINGHAM GREENEBAUM LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
brandon.mcgrath@dentons.com

G. Christopher Van Bever
DENTONS BINGHAM GREENEBAUM LLP
300 West Vine Street, Suite 1200
Lexington, Kentucky 40507
chris.vanbever@dentons.com

David D. Pope *(Pro hac vice)*
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive
Chicago, Illinois 60606
dpope@beneschlaw.com

*Attorneys for Plaintiff*
*GenCanna Global USA, Inc*

2

20852262.1

## CERTIFICATE OF SERVICE

I hereby certify on this the 18th day of February, 2020, a copy of the foregoing Statement in Response to the Court's February 7, 2020 Order Regarding Automatic Stay was served electronically in accordance with the procedures of electronic filing upon the attorneys of record as follows:

Bennett E. Bayer
LANDRUM & SHOUSE, LLP
106 West Vine Street, Suite 800
PO Box 951
Lexington, KY  40588-0951
bbayer@landrumshouse.com

/s/ V. Brandon McGrath
V. Brandon McGrath